UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GERALD L. ROGERS,                  :    Civil Action #06 1098 UNA

    Plaintiff,                     :

v.                                 :

UNITED STATES DISTRICT COURT FOR   :
THE NORTHERN DISTRICT OF TEXAS
                                   :
    Defendant.

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

Notice is hereby given that the plaintiff Gerald L. Rogers in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia from the order dismissing plaintiff's complaint for lack of "an arguable basis in law in fact", which indeed the plaintiff did cite that the defendant got its limited federal jurisdiction from the "Judiciary Act of 1789" instead of being constituted as this court to be an Article III Constitutional Court. The order of the Court was entered on June 15, 2006.

                                        Respectfully submitted

                                        Gerald L. Rogers, In pro se
                                        FCI LaTuna 12327-086
                                        P.O. Box 3000
                                        Anthony NM/TX 88021